IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:20-cv-00664-RJC-DSC

| TERESHA BERRY, | |
|---|---|
| **Plaintiff,** | |
| v. | ORDER |
| LPL FINANCIAL LLC, | |
| **Defendant.** | |

**THIS MATTER** is before the Court upon consideration of Defendant LPL FINANCIAL LLC's Agreed Motion to Stay Litigation Pending Arbitration (document #5). For good cause shown, the Motion is **GRANTED** and this case is **STAYED** pending arbitration.

The parties shall submit a status report within ninety days of the date of this Order and every ninety days thereafter.

**SO ORDERED**.

Signed: March 9, 2021

David S. Cayer
United States Magistrate Judge